

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: PLAINS PIPELINE, L.P. AND PLAINS ALL AMERICAN PIPELINE, L.P., | § | No. 08-19-00224-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |

**O R D E R**

The Court has this day considered the Relators' motion for emergency stay and concludes the motion should be GRANTED. The Honorable John L. Pool is directed to stay all proceedings in cause number DC16-17018, styled *Winkler Land, LLC and Winkler Services, LLC and Plains Pipeline, L.P. and Plains All American Pipeline, L.P.*, pending disposition of this mandamus proceeding or further order of this Court.

IT IS SO ORDERED this 4th day of September, 2019.

PER CURIAM